## Edward C. Hart, Defendant in Error, v. William L. Mohr, Plaintiff in Error.

### Gen. No. 19,651. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN K. PRINDI-VILLE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed with finding of fact. Opinion filed May 19, 1914. Rehearing denied June 2, 1914.

### Statement of the Case.

Action brought in the Municipal Court of Chicago by Edward C. Hart against William L. Mohr in replevin to recover possession of a desk. Upon failure of the bailiff to obtain the property the action was changed to trover. Plaintiff recovered a judgment for the full value of the desk, and to reverse the judgment defendant prosecutes a writ of error.

BUNGE, HARBOUR & CHADWICK, for plaintiff in error.

MATHER & HUTSON, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

TROVER AND CONVERSION, § 39*—*when evidence insufficient to establish defendant's possession.* In replevin to recover a desk, where the action was later changed to trover, it appeared the desk was in the possession of a certain company, that the capital stock of such company had been sold to the defendant and was used by the officers of such company after the transfer was made, and that it was always considered a part of the company's assets and was considered so by the defendant. *Held* that a judgment for plaintiff could not be sustained, there having been no demand made on the company for the desk, and the evidence being insufficient to show that the desk was ever in defendant's possession.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.